IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN R. LAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | )   Civil Action No. 4:13-CV-579-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on July 18, 2014, and Plaintiff filed objections to the Report and Recommendation on July 30, 2014. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The Court further finds that the ALJ applied correct legal standards and that substantial evidence supports his decision.

It is, therefore, ORDERED that Plaintiff's objections are overruled, the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Dated this 22nd day of August, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE